**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELEANOR ZUPKE, | ) No. EDCV 23-1165-PA (JPR) |
| Plaintiff, | ) |
| v. | ) **ORDER ACCEPTING MAGISTRATE** |
| | ) **JUDGE'S REPORT AND RECOMMENDATION** |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, Magistrate Judge's Report and Recommendation, Plaintiff's objections to the Report and Recommendation, and other records on file herein.  The Court accepts the findings and recommendations of the Magistrate Judge.

    ACCORDINGLY, IT IS ORDERED THAT:

    1.   Defendant's request for an order affirming his final decision is GRANTED.

    2.   Judgment be entered consistent with this order.

3.   The clerk serve this Order and the Judgment on all counsel or parties of record.

DATED: September 16, 2024      _____
                                PERCY ANDERSON
                                UNITED STATES DISTRICT JUDGE