JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEANOR ZUPKE, | ) No. EDCV 23-1165-PA (JPR) |
| Plaintiff, | ) |
| v. | ) **J U D G M E N T** |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

For the reasons set forth in the accompanying Order Accepting Magistrate Judge's Report and Recommendation, it is ADJUDGED THAT the Commissioner's request for an order affirming his final decision is GRANTED and judgment is entered in the Commissioner's favor.

DATED: September 16, 2024

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE